**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED<br>CREDITOR'S LIQUIDATING TRUST,<br>through PERRY MANDARINO, not<br>personally, but as Trustee,<br><br><br>Plaintiff,<br><br>v.<br><br>PETERSON TIRE, INC.,<br><br><br>Defendant. | Civil Action No. 04-CV-1061 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the Defendant, Peterson Tire, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

630221v1

Dated: _____8/4_____, 2006

THE BAYARD FIRM

_____
Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:    (302) 655-5000

Counsel for Perry Mandarino, not personally, but as
Trustee for the NationsRent Unsecured Creditor's
Liquidating Trust


CICONTE, ROSEMAN & WASSERMAN


_____
Jeffrey P. Wasserman (Bar No. 2184)
1300 King Street
Wilmington, DE 19801
Telephone:    (302) 658-7101
Facsimile:    (302) 658-4982
Email:        jwasserman@crwdelaw.com

Counsel for Peterson Tire, Inc.

625688v1                                    2